IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOSEPH MCKENNA, et al. v. TOLL INTEGRATED SYSTEMS, INC., et al. | CIVIL ACTION NO. 14-6543 |
|---|---|

## ORDER

**AND NOW, TO WIT:** This 5<u>th</u> day of August, 2015, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** /s/ Joanne B. Bryson

Joanne B. Bryson
Deputy Clerk

cc: Matthew B. Weisberg, Esquire (mweisberg@weisberglawoffices.com)
Christopher E. Dougherty, Esquire (cdougherty@mdwcg.com)
Jane Ennis Kane, Esquire (jekane@mdwcg.com)

O:\CIVIL 14\14-6543 mckenna v. toll\14cv6543.080515.41b.doc